MARY A. NACCASH, Respondent, v. HILDANSID REALTY CORPORATION and Others, Defendants, and LOUIS SUMMERS, Appellant.— Motion to dismiss appeal granted on consent, without costs, and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

FRANCIS PERAGINE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MILDRED P. PERRY, Respondent, v. LEO C. PERRY, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MARY E. PIDGEON, as Administratrix, etc., of WILLIAM ELLIS, Deceased, Appellant, v. LEWIS MCCOY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ESTHER PITE, Appellant, v. LADEN BUILDING CORPORATION and Others, Respondents. (Actions 1, 2 and 3.) NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. PARK MERCANTILE COMPANY, INC., and Others, Appellants, and Others, Defendants. (Action 4.) — Motion to enlarge time granted upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

JOHN B. POWERS, Respondent, v. BRUNO CHALENSKI, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS KLATZO, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PINE, Appellant.— Motion to dispense with printing certain exhibits granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PINE, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the May term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEANETTE LEVINE, Appellant, v. WILLIAM E. WALSH and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAPTHALIA MEYER, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards